UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES D. SLATER, JR.,               :
        Plaintiff,               :
                                        :
        v.                              :   CIVIL NO. 11-CV-494
                                        :
DONNA (JANE DOE), Warden of the       :
Lackawanna County Jail, *et al.*,     :
        Defendants.              :


*O R D E R*

      AND NOW, this 18th day of December, 2013, upon consideration of the

report and recommendation of the magistrate judge (Doc. 90), filed November 20, 2013,

to which no objections were filed, and upon independent review of the record, it is

ordered that:

      1.  The magistrate judge's report (Doc. 90) is adopted.

      2.  The unserved defendants (the psychiatrist identified in the second
amended complaint as Ramen; the nurse identified as Gene; and the
physician's assistant identified as Tony), are dismissed.

      3.  Defendants' motion for summary judgment (Doc. 76) is granted on every
claim, except the Section 1983 claim against Defendant Masci regarding
the March 2009 use-of-force incident.

      4.  The claim against Defendant Masci is listed for trial for the month of
March, 2014.  A scheduling order will issue in due course.


                  /s/ William W. Caldwell
                  William W. Caldwell
                  United States District Judge